_AO91 (Rev. 8/01)  Criminal Complaint

# UNITED STATES DISTRICT COURT

United States Magistrate Court
Southern District of Texas
FILED

**SOUTHERN**          **DISTRICT OF**          TEXAS NOV  4 2003

AAF
Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.
Joshua MENJAREZ  (21)

**CRIMINAL COMPLAINT**

Case Number:  L-03-6093  M

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about    **November 3, 2003**    in   **Laredo, Texas**       **Webb** County, in
                                                          (Date)

the _____Southern_____    District of    Texas, Joshua MENJAREZ    defendant(s) ,

a, **United States Citizen**, did knowingly and willfully aid and abet the illegal entry of Mexican aliens **Lorena AGUIRRE Salgado, Lorenzo SALGADO Garcia**, by attempting to transport them to further their entry into the United States

                                                              **1324 (a) (2) (A) & Title 18**
in violation of Title      **8**      United States Code, Section(s)   **United States Code Section 2**   .

I further state that I am a(n)      Senior Border Patrol Agent      and that this complaint is based on the
                                          Official Title

following facts:

Furthermore,

Continued on the attached sheet and made a part of this complaint:   ☒ Yes    ☐ No

                                                                  Signature of Complainant

                                                                  **Lorenzo Ponce**
                                                                  Printed Name of Complainant

Sworn to before me and signed in my presence,

**November 4, 2003**                                at    Laredo, Texas
Date                                                       City and State

**ADRIANA ARCE FLORES**
U.S. Magistrate Judge                                      Signature of Judicial Officer
Name and Title of Judicial Officer

United States of America.                                    Page 2

-vs-

Joshua MENJAREZ (21)

[CONT OF BASIS OF COMPLAINT]
On November 3, 2003 A Border Patrol Agent was performing immigration inspections in the primary lane at the Border Patrol Checkpoint on I-35 near Laredo, Texas. At approximately 4:40 p.m., a red Dodge Durango, TX LP T99 BND, with four passengers approached his location.  The driver, later identified as MENJAREZ, Joshua, stated that all the passengers in the vehicle were U.S. Citizens.  At this time, a Border Patrol service canine alerted to the rear of the vehicle for the possible presence of contraband or hidden people.  The Agent then told MENJAREZ to park the vehicle in the secondary inspection lane for further inspection.

In secondary, the canine was indicating to the rear of the vehicle.  The hatchback was opened revealing two individuals hidden under some clothing. Both individuals, later identified as SALGADO-Garcia, Lorenzo and AGUIRRE-Salgado, Lorena stated they were citizens and nationals of Mexico.  Both stated they were in the United States illegally. MENJAREZ was then placed under arrest and read his Miranda rights.

MENJAREZ stated that he told the undocumented aliens to hide under some clothing in the rear of the vehicle. MENJAREZ stated he was to be paid $1,500.00 per individual.

SALGADO-Garcia, Lorenzo and AGUIRRE-Salgado, Lorena both stated QUINTERO told them to hide in rear of his red car and that they were to pay $1500.00 each to be smuggled to Dallas, Texas.